e-SOM

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 09 2018

at 2 o'clock and 25 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE Federal DISTRICT OF HAWAII
civil DIVISION
(Write the District and Division, if any, of
the court in which the complaint is filed.)

Noe Kim Raquinio

_____
_____
_____

(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)

-against-

State of Hawaii
Hawaii Police Department
"Vice Section Area" # II

(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

Case No. CV18 00268 SOM RLP
(to be filled in by the Clerk's Office)

Jury Trial: ☐ Yes ☑ No
(check one)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

Noe raquinio
    Plaintiff

        vs
Defendant:
Hawaii police department
Jeremy Lewis
Kyle Hirayama
Marco segobia
Edward lewis

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Noe Kim Raquinio |
| Street Address | 68-3752 Ua-noe pl. |
| City and County | Waikoloa, Hawaii County |
| State and Zip Code | HI, 96738 |
| Telephone Number | 808-765-5157 |
| E-mail Address | noe8@outlook.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jeremy "Scott" Lewis |
| Job or Title (if known) | Detective Section Vice 2 area |
| Street Address | 74-611 Hale Makai Pl. |
| City and County | Kailua-Kona, HI 96745 |
| State and Zip Code | Hawaii 96745 |
| Telephone Number | 1 808 326-4646 |
| E-mail Address (if known) | |

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Marco Segobia |
| Job or Title | Officer Section Vice 2 area |

2

(if known)
Street Address    74-611 Hale makai Pl.
City and County   Kailua Kona
State and Zip Code   Hawaii    96740
Telephone Number   1 808 326 4646
E-mail Address
(if known)

☐ Individual capacity    ☑ Official capacity

Defendant No. 3
Name    Edward Lewis
Job or Title    Officer Section Vice 2 area
(if known)
Street Address    74-611 Hale makai Pl.
City and County    Kailua-Kona
State and Zip Code    Hawaii    96740
Telephone Number    1908 326 4646
E-mail Address
(if known)

☐ Individual capacity    ☑ Official capacity

Defendant No. 4
Name    Kyle Hirayama
Job or Title    Officer Vice section Area II
(if known)
Street Address    74-611 Hale makai Pl.
City and County    Kailua Kona
State and Zip Code    Hawaii    96740
Telephone Number    1 808 326 4646
E-mail Address
(if known)

☐ Individual capacity    ☑ Official capacity

3

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Title VI of the Civil Rights Act of 1964 and the "OJP Program Statue", Intentional "false arrest" or "unjustified arrest" Title II of the American with Disabilities Act of 1990 and section 504 of the rehibilitation Act of 1973

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____
_____
_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Disabled, I was forced to stop while driving in a legal up to date registered vehicle under a non related owner. Sorrowded by men in plain clothes forced out of the car into handcuffs then they began to search me. There was no evidence against me nor was a warrant ever issued for me they continue To search my pockets which led to a arrest. Collaboration of a cordinated illegal stop, arrest, search & seize. Defendant all played equal roles in violating my civil Rights beging on 1-11-17 - 1-12-17

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Queen liliokahoni Subdivision, Kailua Kona Hi + Kailua Kona police station.
Waikoloa skate Park, Hi 96738
South Point Rd. K'AU District South Kona, Hi

B. What date and approximate time did the events giving rise to your claim(s) occur?

These events took place on 1/11/17 - 1/12/17
1/11/17 3:30 pm Kona cell block 4:00 pm
1/12/17 Left cell block 10:30 AM arrived waikoloa skate park 11:00 AM
6:00 pm South point rd. Ka'U

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Defendant illegally conducted a organized stop, leading to a intentional false arrest and false arrest in the Queen liliokahoni Subdivision of Kailua Kona. on 1/11/17 3:30 pm. Lead to Nicole Acorda & Perrick Conway case which are also illegal unjustified arrest Conducted by Defendant. on 1/12/17 in Waikoloa, and South Kona area. of Ka'U. All related evidence and Discovery and proof and a Complaint I submitted to Department of Justice in Coordinate Reeven. department thru the U.S.P.S. that was recieved on May 23 2018 with tracking # 9590-9402-2390-6249 4754-72 Sender Noe Roquiri'o p.o.box 383444 Waikoloa, Hi, 96738. Willing To Testify to federal officials.

5

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I suffer from a disease known as DDD (Degenerative Disc Disease which begun in 2011^2012 Emotional distress, financial and social destruction escaping physical harm and attacks except for damaged sustained to right leg hamstring suffering almost a broken leg (while) sleeping in my home. The word is they = unknown partys has been hired to order a hit on me, just like the last young men that did the same thing who is now Dead.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I'm requesting compensation for violation of my civil Rights under Disability (Degenerative Disc Disease) DDD 50,000.00 71,100.00 for false arrest, 100,000.00 Malicious Prosecution 1,000,000.00 for endangering me and my family - for releasing and the release post my name-ys and exsposing me for other partys breaking the C I informant Contract Contraption, A total of 1,221,100.00

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/27, 2018

Signature of Plaintiff _____

Printed Name of Plaintiff Noe Raquinio

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
Telephone Number _____
E-mail Address _____

AO 310 (Rev. 03/16)

Judicial Council of the _____Hawaii third_____ Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

To begin the complaint process, complete this form and prepare the brief statement of facts described in item 4 (below). The RULES FOR JUDICIAL-CONDUCT AND JUDICIAL-DISABILITY PROCEEDINGS, adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters. The Rules are available in federal court clerks' offices, on individual federal courts' websites, and on www.uscourts.gov.

Your complaint (this form and the statement of facts) should be typewritten and must be legible. For the number of copies to file, consult the local rules or clerk's office of the court in which your complaint is required to be filed. Enclose each copy of the complaint in an envelope marked "COMPLAINT OF MISCONDUCT" or "COMPLAINT OF DISABILITY" and submit it to the appropriate clerk of court. **Do not put the name of any judge on the envelope.**

1. Name of Complainant: Noe Raquinio
   Contact Address: p.o.box 383444 waikoloa, Hi

   Daytime telephone: ( 808 ) 765-5157

2. Name(s) of Judge(s): Judge Robert Lee KIM
   Court: THIRD CIRCUIT COURT

3. Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?
   ☐ Yes   ☑ No
   If "yes," give the following information about each lawsuit:
   Court: _____
   Case Number: _____
   Docket number of any appeal to the _____ Circuit: _____
   Are (were) you a party or lawyer in the lawsuit?
   ☑ Party   ☐ Lawyer   ☐ Neither
   If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone number:
   Court Appointed: Criminal Defense, Attorney Frank Miller

Page 1 of 2

AO 310 (Rev. 03/16)

Judicial Council of the _____Hawaii third_____ Circuit

## COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY

4. **Brief Statement of Facts.** Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based. Include what happened, when and where it happened, and any information that would help an investigator check the facts. If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation.

5. **Declaration and signature:**

I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

Signature: _____Noe Raquinio_____   Date: _____07/08/2018_____