IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| NOE KIM RAQUINIO, | ) | Civ. No. 18-00268 SOM-RLP |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING AMENDED |
| vs. | ) | COMPLAINT WITH FINAL LEAVE TO |
| | ) | AMEND AND DENYING APPLICATION |
| HAWAII POLICE DEPARTMENT, | ) | TO PROCEED IN FORMA PAUPERIS |
| JEREMY "SCOTT" LEWIS, MARCO | ) | |
| SEGOBIA, EDWARD LEWIS, and | ) | |
| KYLE HIRAYAMA, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING AMENDED COMPLAINT WITH FINAL LEAVE TO AMEND AND DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Before this court is *pro se* Plaintiff Noe Kim Raquinio's non-prisoner civil rights Amended Complaint and Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"). *See* ECF Nos. 7, 8.

On July 12, 2018, this court issued an order dismissing Raquinio's original Complaint and Application. *See* ECF No. 5. Pursuant to 28 U.S.C. § 1915(e)(2), the court screened the Complaint and determined that Raquinio failed to allege sufficient facts to allow the court to understand his allegations or the circumstances surrounding his claims. *See id.* at PageID #s 37-40. The court granted Raquinio leave to file an amended complaint and instructed that the amended complaint must cure the deficiencies described in the order and must be "complete in itself." *See id.* at 41.

Raquinio failed to follow these instructions. The Amended Complaint provides no factual background from which the court can discern a viable claim. *See* ECF No. 7, PageID # 58. Raquinio subsequently filed a document titled "Order To Proceed In Forma Pauperis," which appears to be a description of the underlying facts. *See* ECF No. 9. However, the court will not consider this document when screening the Amended Complaint because, as the court explained in its July 12 order, the Amended Complaint must be free-standing.

Thus, the court dismisses the Amended Complaint with leave to amend and denies the Application as moot. Raquinio may file a second amended complaint on or before September 7, 2018. This is the final time that the court will grant such leave.

Raquinio is not required to file a second amended complaint and should carefully consider his options. The court briefly reviewed the "Order To Proceed In Forma Pauperis" document and notes that there may be a pending state criminal case against Raquinio. If so, Raquinio should be aware that federal courts rarely intervene in pending state criminal proceedings. If Raquinio's claims relate to a completed state criminal case, then he should consider his appeal options in state court. Should Raquinio decide to file a second amended complaint, he should clarify the status of any criminal cases involving him.

A second amended complaint must be complete in itself and may not incorporate by reference any other documents. It must demonstrate how the conditions complained of resulted in a deprivation of his federal constitutional or statutory rights. Raquinio should allege facts with respect to what each Defendant allegedly did during the events at issue. He should also explain how each Defendant violated his rights and whether Defendants' conduct relates to his disability and any other injury suffered. Additionally, Raquinio may not title any future documents as "Order" because parties cannot file orders, only the court can.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 8, 2018.



/s/ Susan Oki Mollway

Susan Oki Mollway
United States District Judge

Noe Kim Raquinio v. Hawaii Police Department, et al., Civ. No. 18-00268 SOM-RLP; ORDER DISMISSING AMENDED COMPLAINT WITH FINAL LEAVE TO AMEND AND DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS.