IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NOE KIM RAQUINIO, | ) | CIV. NO. 19-00155 SOM-RLP |
| Plaintiff, | ) | |
| vs. | ) | **ORDER REGARDING PLAINTIFF'S "SUPPLEMENTAL CHANGE" FILING; EXHIBIT A** |
| COUNTY OF HAWAII, | ) | |
| Defendant. | ) | |
| NOE KIM RAQUINIO, | ) | CIV. NO. 18-00268 SOM-RLP |
| Plaintiff, | ) | |
| vs. | ) | **ORDER REGARDING PLAINTIFF'S "SUPPLEMENTAL CHANGE" FILING; EXHIBIT A** |
| CITY OF KAILUA KONA, HAWAII POLICE DEPARTMENT, DETECTIVE JEREMY LEWIS, K9 HANDLER EDWARD LEWIS, OFFICER MARCO SEGOBIA, and OFFICER KYLE HIRAYAMA, | ) | |
| Defendants. | ) | |

**ORDER REGARDING PLAINTIFF'S "SUPPLEMENTAL CHANGE" FILING**

On April 8, 2019, after this court had entered its Order Dismissing Petition Under 28 U.S.C. § 2254 as well as the Judgment in Civil No. 19-00155, a document purporting to be a "Supplemental Change" was filed in Civil No. 19-00155 by Plaintiff Noe Raquinio, who is proceeding *pro se*. The document does not go to any issue in the § 2254 action, so this court takes no action on it.

Possibly, Raquinio meant to file this document in a related case, Raquinio v. Hawaii Police Department, Civil No.

18-00268, in which Raquinio is also proceeding *pro se*. In case Raquinio meant to file this document in Civil No. 18-00268, this order, with his "Supplemental Change" document attached, is also being filed in that case.

But even in Civil No. 18-00268, this court takes no action on the "Supplemental Change" document. The newly filed document appears to be a second amended complaint, but no second amended complaint is allowed in Civil No. 18-00268. In the first place, Judgment was entered in Civil No. 18-00268 on March 21, 2019. An amended complaint is not permitted after entry of Judgment absent a court order. Nor does Rule 15 of the Federal Rules of Civil Procedure, which governs amended pleadings, allow the filing of an amended complaint without leave of court in Civil No. 18-00268 at this time.

Raquinio filed a summary judgment motion following entry of the Judgment in Civil No. 18-00268. This court construed that post-judgment motion as a motion seeking to alter or amend the Judgment under Rule 59(e) of the Federal Rules of Civil Procedure and denied that motion. The "Supplemental Change" motion does not appear to be another post-judgment motion, so this court does not treat it as such.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 9, 2019.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

Noe Kim Raquinio v. City of Kailua Kona, et al., Civ. No. 18-00268 SOM-RLP
Noe Kim Raquinio v. County of Hawaii, Civ. No. 19-00155 SOM-RLP
**ORDER REGARDING PLAINTIFF'S "SUPPLEMENTAL CHANGE" FILING**