IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NOE KIM RAQUINIO, ) | Civ. No. 18-00268 SOM-RLP |
| ) | |
| Plaintiff, ) | ORDER DENYING IN FORMA |
| ) | PAUPERIS STATUS ON APPEAL |
| vs. ) | |
| ) | |
| CITY OF KAILUA KONA, HAWAII ) | |
| POLICE DEPARTMENT, DETECTIVE ) | |
| JEREMY LEWIS, K9 HANDLER ) | |
| EDWARD LEWIS, OFFICER MARCO ) | |
| SEGOBIA, and OFFICER KYLE ) | |
| HIRAYAMA, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**ORDER DENYING IN FORMA PAUPERIS STATUS ON APPEAL**

Plaintiff Noe Kim Raquinio, *pro se*, has appealed this court's order granting Defendants' motion for judgment on the pleadings. ECF No. 100. This court granted Raquinio's application to proceed *in forma pauperis* early in this case, and he seeks to continue in that status on appeal. ECF No. 20. On April 26, 2019, the Ninth Circuit referred the matter to this court "for the limited purpose of determining whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous and taken in bad faith." ECF No. 103.

The court determines that Raquinio's appeal is frivolous and, therefore, not taken in good faith. *See* U.S.C. § 1915(a)(3); *Hooker v. Am. Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). An appeal is "frivolous if it has 'no arguable

basis in fact or law.'" *O'Loughlin v. Doe*, 920 F.2d 614, 617

(9th Cir. 1990) (quoting *Franklin v. Murphy*, 745 F.2d 1221, 1228

(9th Cir. 1984)).  As set forth in the court's order granting

Defendants' motion for judgment on the pleadings, Raquinio

asserted claims of illegal search and seizure and false arrest

under 42 U.S.C. § 1983, and these claims arose out of a traffic

stop that led to his arrest and conviction for Promoting a

Dangerous Drug in the Second Degree in state court.  *See* ECF No.

95.  This court determined that Raquinio's claims for damages

were barred under *Heck v. Humphrey*, 512 U.S. 477 (1994), and

that he failed to state a claim for prospective injunctive

relief.  *See id*.[1]  After judgment was entered, Raquinio filed two

more documents: (1) one document that the court deemed to be a

motion to alter or amend the Judgment under Rule 59(e) of the

Federal Rules of Civil Procedure and denied, and (2) another

document[2] that the court deemed to be an amended complaint and

took no action on because leave to file an amended complaint was

---

[1] The court had also considered whether Raquinio was really
seeking relief under 28 U.S.C. § 2254 and directed the Clerk of
Court to send him the court's form for such a request.  ECF No.
95, PageID # 1113.  Raquinio then filed a § 2254 petition, which
the court dismissed because Raquinio did not establish that his
petition is timely, nor that he exhausted his claims in state
court.  *See* Civ. No. 19-00155 SOM-RLP, ECF Nos. 1, 9.

[2] Raquinio filed this document in his related § 2254 case.  *See*
Civ. No. 19-00155 SOM-RLP, ECF No. 11.  In an abundance of
caution, the court considered the document in the context of
both this case and his § 2254 case.

never given.  ECF Nos. 97, 98, 99.  After carefully considering

all of Raquinio's filings in this case, the court concludes that

Raquinio's claims have no arguable basis in fact or law.

       The court denies Raquinio's *in forma pauperis* status

on appeal.

       IT IS SO ORDERED.

       DATED: Honolulu, Hawaii, April 29, 2019.



       /s/ Susan Oki Mollway

       Susan Oki Mollway
       United States District Judge

Noe Kim Raquinio v. City of Kailua Kona, et al., Civ. No. 18-
00268 SOM-RLP; ORDER DENYING IN FORMA PAUPERIS STATUS ON APPEAL.